IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PAMELA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. MO:19-CV-00155-DC |
| | § | |
| L'ORÉAL USA S/D, INC.; | § | |
| GARNIER LLC; and WALGREEN CO., | § | |
| | § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants L'Oréal USA S/D, Inc., Garnier LLC, and Walgreen Co. (collectively, "Defendants") hereby respectfully submit to this Court this Appendix in support of Defendants' Motion for Summary Judgment:

| Exhibit | Description | Appendix # |
|---|---|---|
| 1 | **Excerpts of Feb. 14, 2020 Deposition of Pamela Johnson** | **App. 001 – 027** |
| 2 | **Product Box, L'Oreal-Johnson-0001 – 2** | **App. 028 – 029** |
| 3 | **Plaintiff's Response to Defendants' 2nd Request for Production and excerpts from PLAINTIFF 0207** | **App. 030 – 036** |
| 4 | **Excerpts of Feb. 14, 2020 Deposition of Christell Johnson** | **App. 37 – 52** |
| 5 | **Product Label, L'Oreal-Johnson-0007 – 10** | **App. 53 - 54** |
| 6 | **Garnier Nutrisse Color Crème Tube packaging, L'Oreal-Johnson-0004** | **App. 55** |

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By:      /s/ J. Andrew Hutton
          Jeffrey R. Lilly
          State Bar No. 00787905
          jlilly@grsm.com
          J. Andrew Hutton
          State Bar No. 24012878
          ahutton@grsm.com

816 Congress Avenue, Suite 1510
Austin, Texas 78701
(512) 391-0197 Tel
(512) 391-0183 Fax

**COUNSEL FOR DEFENDANTS L'ORÉAL USA S/D, INC., GARNIER LLC, and WALGREEN CO.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are registered to accept electronic service of documents in this case will be notified through the court's CM/ECF system and the following were served by email on this the 17th day of July, 2020.

Rachel Ambler
AMBLER LAW, PLLC
511 N. Lincoln Avenue
Odessa, Texas 79761
(432) 203-0303
(888) 692-3331 fax
Rachel@RachelAmbler.com
*Attorney for Plaintiff Pamela Johnson*

                                        /s/ J. Andrew Hutton
                                        J. Andrew Hutton

PAMELA JOHNSON

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TEXAS
             MIDLAND-ODESSA DIVISION

PAMELA JOHNSON,              )
                            )
            Plaintiff,       )
                            )
VS.                          ) CIVIL ACTION
                            )
L'ORÉAL USA S/D, INC.;       ) NO.: 7:19-CV-00155-DC
GARNIER LLC; AND WALGREEN    )
CO.,                         )
                            )
            Defendants.      )
```

----------------------------------

ORAL DEPOSITION OF

PAMELA JOHNSON

FEBRUARY 14, 2020

VOLUME 1 OF 1

----------------------------------

        ORAL DEPOSITION OF PAMELA JOHNSON, produced as a
witness at the instance of the DEFENDANTS, and duly
sworn, was taken in the above-styled and numbered cause
on February 14, 2020, from 10:48 a.m. to 12:45 p.m.,
before Jordana Hodges, CSR in and for the State of
Texas, reported by machine shorthand, at the offices of
Permian Court Reporters, 509 N. Grant Avenue, Odessa,
Texas, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached
hereto.

PAMELA JOHNSON

```
                                                        Page 2
1                    A P P E A R A N C E S

2

    FOR THE PLAINTIFF:
3

        MS. RACHEL AMBLER
4       AMBLER LAW
        2651 Kermit Highway
5       Odessa, Texas 79763
        432.203.0303
6       888.692.3331 (fax)
        rachel@rachelambler.com
7

8   FOR THE DEFENDANTS L'ORÉAL USA S/D, INC.; GARNIER LLC;
    AND WALGREEN CO.:
9

        MR. ANDREW HUTTON
10      GORDON & REES
        816 Congress Avenue
11      Suite 1510
        Austin, Texas  78701
12      512.582.6478
        512.391.0183 (fax)
13      ahutton@grsm.com

14

15

16

17

18

19

20

21

22

23

24

25
```

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 3

1                             INDEX

2                                               PAGE

3   Appearances........................................  2

4

    PAMELA JOHNSON
5         Examination by Mr. Hutton...................... 4
          Examination by Ms. Ambler.....................108
6

7   Signature and Changes.............................112

8   Reporter's Certificate............................114

9

10                           EXHIBITS

11  NO.  DESCRIPTION                                 PAGE

12  3   Photographs 0145-0163........................   57

13  4   Receipt.....................................   82

14  5   Photographs 0190-0196.......................   86

15

16

17

18

19

20

21

22

23

24

25

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 23

1    to get my studying on.

2        Q.   Okay.  Well, we're here today, obviously, about

3    hair color.

4        A.   Yes.

5        Q.   You had a chance to listen in as I was visiting

6    with your daughter about that.  And I don't mean to pry,

7    but how long have you colored your hair?

8        A.   Well, I just recently started -- I colored my

9    hair in 19 -- I started in 1983 because I didn't want to

10   see my gray.  You know, I'm old, but I don't have to

11   look old.  I'm sorry, that's my thing, and I've been

12   coloring it.

13           And like I said, I've always used L'Oréal

14   products.  And when Garnier came out, I started using it

15   because I liked it, you know, and it made my hair feel

16   so wonderful, just soft, you know.  So I've always used

17   it until it burnt me this time.

18       Q.   Okay.

19       A.   And I mean, it burnt.

20       Q.   Well, let's back up a little bit, and let's

21   start with -- so 1983 --

22       A.   Uh-huh.

23       Q.   -- when you started using hair color?

24       A.   Yes, sir.

25       Q.   You said you were starting to get a little

PAMELA JOHNSON

1    you color your hair -- or did you color your hair before

2    July 2017?

3        A.  No, my daughter colored my hair on the 17th.

4    No, it was -- I don't know.  When it starts wearing off

5    and you can see your gray around, that's when I decided

6    to touch it up --

7        Q.  Okay.

8        A.  -- as you put it.

9        Q.  So again, you didn't really have a specific

10   schedule?

11       A.  No, sir.

12       Q.  Okay.  Just when you started seeing gray?

13       A.  Yes, sir.

14       Q.  Okay.  Do you remember when you would have

15   started using the L'Oréal Garnier product?  If you

16   started coloring your hair in 1983 --

17       A.  Yes.

18       Q.  -- about when would you have started using the

19   L'Oréal, would it have been in the '80s?

20       A.  Yes.

21       Q.  Okay.  And it sounds like your daughter

22   indicated in her testimony that she started helping you

23   with your hair in the mid '90s; is that right?

24       A.  Yes.

25       Q.  Okay.  Did you do it yourself before then?

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 28

1    A.  Yes, I'd do it myself or either I'd call my
2  sister and ask her --

3    Q.  Okay.

4    A.  -- if she wasn't working.

5    Q.  Was your sister a beautician?

6    A.  No, no.

7    Q.  Okay.  Show just helped you color your hair?

8    A.  Yes.

9         MR. HUTTON:  Thank you, Rachel.  It is
10  getting a little warm.

11    A.  Yes, I thought it was just me.

12    Q.  (BY MR. HUTTON)  No, no.  You're in the hot
13  seat, but it doesn't have to be literally hot.

14         So you use relaxer and hair color.  Any
15  other hair products that you used over the years.

16    A.  No, sir.

17    Q.  Okay.  And I visited a little bit about this
18  with your daughter as well, but before July 2017, had
19  you ever conducted what they call skin test or a patch
20  test --

21    A.  No.

22    Q.  -- prior to using hair color?

23    A.  No.

24    Q.  Never?

25    A.  No, sir.

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

1       Q.   That you remember?

2       A.   No, sir.

3       Q.   And do you know what I mean by --

4       A.   Yes, sir, I do.

5       Q.   A "skin test"?

6            It's like where you take a little patch and

7    put it on your elbow?

8                 MS. AMBLER:   Let him finish his question.

9                 THE WITNESS:   I'm sorry.

10                MR. HUTTON:   Thank you, Rachel.

11      Q.   (BY MR. HUTTON)   Where you mix a little bit of

12   the developer solution and the color and put it on the

13   inside of your elbow, do you understand that's what I

14   mean?

15      A.   Yes, sir.

16      Q.   Okay.   Never did that?

17      A.   No, sir.

18      Q.   Okay.   And I'm not just talking about

19   July 2017, I'm talking about since 1983, do you ever

20   remember doing that?

21      A.   No, sir.

22      Q.   Okay.   Before July 2017, had you ever had any

23   problems or discomfort or reaction when using a hair

24   product?

25      A.   No, sir.

PAMELA JOHNSON

Page 35

1      A.   No, sir.

2      Q.   Lucky lady.   Do you use perfumes?

3      A.   Yes, sir.

4

5      Q.   What kind of perfume do you use?

6      A.   Sir?

7      Q.   What kind of perfume do you use?

8      A.   All different kinds.

9      Q.   Okay.

10     A.   Whatever will make me smell good.

11     Q.   I think you do smell good.   It smells good in

12  here.   One of you.

13           Okay.   So now, turning to this Garnier

14  Nutrisse product that we're here about today.   My

15  understanding is that we're here specifically about the

16  Garnier Nutrisse Ultra Color Blue Black BL21 hair color;

17  is that right?

18     A.   Yes, sir.

19     Q.   Okay.   And you saw me earlier show your

20  daughter the box that I've at least marked as deposition

21  Exhibit 1.   Is that the product that we're talking

22  about?

23     A.   Yes, sir.

24     Q.   Okay.   And is that the product that you used

25  since the '80s?

PAMELA JOHNSON

Page 36

1        A.   No, sir.

2        Q.   Okay.

3        A.   I've used the same product, but just a

4    different color.

5        Q.   Oh, different color?

6        A.   Yes.

7        Q.   Okay.   What other colors or shades have you

8    used?

9        A.   Just auburn.

10       Q.   Auburn?

11       A.   Uh-huh.

12       Q.   Okay.   Auburn and black?

13       A.   Yes.

14       Q.   Okay.   Where did you buy the box that you --

15   the product that you used in July 2017?

16       A.   Walgreens.

17       Q.   And do you remember where that Walgreens is?

18       A.   On 8th and Maple.

19       Q.   On 8th and Maple.   Okay.   Is that the Walgreens

20   you always use?

21       A.   Yes.

22       Q.   Do you have the receipt still that shows that

23   purchase in July 2017?

24       A.   No, sir.

25       Q.   Do you remember when you bought it?

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

1    A.   In July -- it was -- I think it was because it
2  was going to be the 4th of July, somewhere in there, and
3  I bought it.

4    Q.   Early July?

5    A.   Yes.

6    Q.   Do you remember if you used a credit card or a
7  debit card to pay for it?

8    A.   Cash.

9    Q.   Used cash, okay.   Do you remember how much you
10 paid?

11   A.   I think it was on sale.   I think I paid $7 and
12 something.

13   Q.   Now, there's -- I don't go into this very
14 often, I'll admit.   You heard me tell your daughter I
15 haven't used hair dye yet, but my understanding is you
16 go down there, and there are a number of different hair
17 colors on that aisle; is that right?

18   A.   Yes, sir.

19   Q.   Okay.   Do you remember why you switched from
20 the black and lovely to the Garnier Nutrisse?

21   A.   Because I liked the Garnier because I pretty
22 well knew it, and my sister recommended it because she
23 liked it too because she did her hair and she told me
24 how perfect it does our hair, so I started using it.

25   Q.   Okay.   And this would have been in the 80s?

PAMELA JOHNSON

Page 38

1          A.   Yes.

2          Q.   Okay.   And why did you continue to use it all

3     the way up through 2017?

4          A.   Because I loved it.   It did my hair so perfect

5     and it made me look good.

6          Q.   Is there any other reason you bought it other

7     than you liked it, you had a good experience with it?

8          A.   No, sir.

9          Q.   Okay.   Do you remember anybody at the wall

10    greens recommending the product to you?

11         A.   No, sir.

12         Q.   Okay.   Just you chose it yourself?

13         A.   Yes, sir.

14         Q.   And then you went and paid for it?

15         A.   Yes, sir.

16         Q.   Okay.   Did you do -- do you do any research on

17    the products that you're thinking about buying?

18         A.   No, sir.

19         Q.   Okay.   You never went on the internet or

20    something and looked up a website about hair color

21    products?

22         A.   No.

23         Q.   At least before this event?

24         A.   No, sir.

25         Q.   Have you ever been to the L'Oréal website?

PAMELA  JOHNSON

Page 39

1          A.   No, sir.

2          Q.   Okay.   Ever remember -- do you remember any

3    particular advertisements for this product?

4          A.   Well, I've seen advertisements, yes, sir.

5          Q.   After you've been using the product?

6          A.   Yes, sir.

7          Q.   What do you remember about those ads?

8          A.   Nothing, just they -- just telling us about the

9    product --

10         Q.   Okay.

11         A.   -- you know, that's about it.

12         Q.   Anything about any of those things that you've

13    seen, the advertisements, that affected your decision to

14    buy the product?

15         A.   No, sir.

16         Q.   You just liked the product?

17         A.   Just liked it.

18         Q.   Okay.   Do you know what happened to the product

19    that you used in July 2017, the box and the labeling?

20         A.   We throwed it away.

21         Q.   You threw it away?

22         A.   Uh-huh.

23         Q.   You don't remember if you -- did you -- do you

24    have any recollection of returning the product to

25    Walgreens?

PAMELA JOHNSON

1       A.   Yes, sir.

2       Q.   And she declined?

3       A.   Yes, sir.

4       Q.   Okay.   What else did she say?

5       A.   She said she would relay the message and she

6   took a picture of my head where all the blisters was and

7   she said, I'm going to send this to my manager, my

8   supervisor.   And I said, Yes, ma'am, please do.   That's

9   my words.

10      Q.   Okay.   I'll take you back to the '80s, when you

11  first started using L'Oréal products.   There's always a

12  lot of words on these boxes in fine print.   Do you

13  remember before you bought it reading that information?

14      A.   No, sir.

15      Q.   Okay.

16           MS. AMBLER:   Objection, you said before you

17  bought it.

18      Q.   (BY MR. HUTTON)  Well, before you bought the

19  product in the '80s, do you remember reading anything

20  about the product on the box?

21      A.   No, sir.

22      Q.   Did you ever read any of the information on the

23  box?

24      A.   No, sir.

25      Q.   And we went through this a bit.   Do you -- if

PAMELA JOHNSON

Page 43

1   you'll look at deposition Exhibit 1, you see -- I'll
2   point you to the same spot that I discuss with your
3   daughter, which is under the area that says Usage
4   Advisory-Safety Warnings.
5           A.   Yes.
6           Q.   And beneath that -- can you see that?
7           A.   Yes, sir.
8           Q.   Okay.  And it says, "Important:  hair color can
9   cause an allergic reaction, which in certain rare cases
10  can be severe, therefore you must follow these
11  precautions."  Do you see -- do you see where I read
12  that?
13          A.   Yes.
14          Q.   And it says, "Do not use if you have already
15  had a reaction to a hair color product or if you have
16  sensitive, itchy or damaged scalp."  Did you see that?
17          A.   Yes, sir.
18          Q.   Okay.  Do you remember reading any of that
19  before using the product?
20          A.   Yes.  I've read that before, yes.
21          Q.   Okay.  And then beneath that, it says, "Perform
22  a skin allergy test 48 hours before each use of this
23  product."  And then it says, "See insert."  Do you see
24  where I read that?
25          A.   Yes, sir.

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

**14**

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 44

1    Q.   Do you remember reading that?

2    A.   Yes, sir.

3    Q.   Okay.  Did you perform that skin allergy test?

4    A.   No, sir.

5    Q.   You --

6    A.   Well --

7    Q.   Go ahead.

8    A.   I'm sorry.

9    Q.   That's okay.

10   A.   I never had to do that because this -- you

11   know, you use a product, you don't feel that you have to

12   test it out because, you know, I ain't never -- even

13   beauticians.  My aunt was a beautician, and she never

14   did a skin -- I mean, a skin test, so no, sir.

15   Q.   Okay.  But you would agree with me that that's

16   what the box says?

17   A.   Yes, sir.

18   Q.   Let me show you what has been marked as

19   deposition Exhibit 2, which is, as you saw, an insert

20   that came out of the box.  And I put the sticker on the

21   Spanish side, I'm sorry.  Do you speak Spanish?

22   A.   No, sir.

23   Q.   Okay.  I, again, don't either.  So I will point

24   you to the English side.  Do you remember reading that

25   insert before -- at any time before you used the

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

1    product?

2         A.   No, sir.

3         Q.   At the top there, you say -- you can

4    see, "Thank you for using Garnier Nutrisse nourishing

5    color cream."  Do you see where I'm reading there?

6         A.   Yes, sir.

7         Q.   Okay.  Beneath that, it says, "Questions?  Talk

8    to your Nutrisse consultant toll free from anywhere in

9    the continental U.S., 1-800-442-7643."  Do you see that?

10        A.   Yes, sir.

11        Q.   Before you -- at any time before you used the

12   L'Oréal product, did you ever call with any questions?

13        A.   No, sir.

14        Q.   Okay.  And then it has a website, "Or visit

15   www.garnierUSA.com."  And I think you said previously

16   you'd never been to that website; is that right?

17        A.   Yes, sir.

18        Q.   And it says, "To view our easy how-to

19   application videos."  Did you ever -- I gather you

20   didn't view any of the videos?

21        A.   No, sir.

22        Q.   Okay.  And then underneath that, it has Usage

23   Advisory-Safety Warnings.  Do you see that?

24        A.   Yes, sir.

25        Q.   And, "Read before coloring"?

PAMELA JOHNSON

Page 46

1          A.   Yes, sir.

2          Q.   And again, beneath that, I'll read it.   "Skin

3     allergy test:   to be performed 48 hours before each use

4     of this product, even if you have already used this or

5     another hair color product."   Do you see that?

6          A.   Yes, sir.

7          Q.   Did you read that warning before?

8          A.   No, sir.

9          Q.   Okay.   And you didn't conduct the skin allergy

10    test?

11         A.   No, sir.

12         Q.   Okay.   And then beneath that, it says, "Skin

13    allergy test.   Important:   this product can cause an

14    allergic reaction, which in certain rare cases, can be

15    severe.   To help minimize the risk of an allergic

16    reaction, you must follow these precautions."   Do you

17    see that?

18         A.   Yes, sir.

19         Q.   Okay.   I read that correctly, right?

20         A.   Yes, sir.

21         Q.   Okay.   And then a little bit further down in

22    the box on that same column, it says, Perform a skin

23    allergy test 48 hours before each use of this product as

24    allergies can develop suddenly, even if you have used --

25    previously used a hair color product from this brand or

PAMELA JOHNSON

Page 47

1    another.  Do you see that?

2        A.  Yes, sir.

3        Q.  Did you read that instruction?

4        A.  No, sir.

5        Q.  Okay.  And then beneath that, it lays out the

6    skin allergy test instructions.  And again, I think

7    that's what I described before --

8        A.  Yes.

9        Q.  -- by putting a little bit in your elbow.  And

10   I think we already covered, that's not something you

11   did?

12       A.  No, sir.

13       Q.  Before the July 2017 use of this product,

14   correct?

15       A.  Yes, sir.

16       Q.  Or at any time prior to July 2017?

17       A.  Yes, sir.

18       Q.  Okay.  I think your complaint says that you

19   bought the product on July 7th, 2017 from Walgreens?

20       A.  Yes, sir.

21       Q.  Do you remember -- does that sound right?

22       A.  Yes, sir.

23       Q.  Okay.  And then how long after you bought it

24   did you have your daughter apply it to your hair?

25       A.  As soon as she could get off.  So I'm really

PAMELA JOHNSON

Page 69

1    Q.   Okay.  But assume that -- or I assume that you

2 provided this information to the doctors at the time; is

3 that right?

4    A.   Yes, sir.

5    Q.   And then you -- pain scale is 7 out of 10 at

6 this time, do you see that?

7    A.   Yes, sir.

8    Q.   And is that something you would have told them

9 as well?

10    A.   Yes, sir.

11    Q.   Okay.  And over in the right-hand column

12 beneath medical decision making, do you see where it

13 says, "Patient presenting symptoms described as possible

14 allergic reaction from the dye."  Do you see that?

15    A.   Yes, sir.

16    Q.   And then, "At rash, seems like she developed

17 secondary bacterial infection manifested by redness and

18 swelling of the affected areas."  Do you see that?

19    A.   Yes, sir.

20    Q.   And then says, "Will be given a prescription

21 for antibiotics med draw pack and Atarax."  A-T-A-R-A-X.

22 Do you see that?

23    A.   Yes, sir.

24    Q.   And then, "Advised to follow up with her

25 primary care doctor or to a dermatologist."

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

19

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 70

1        A.   Yes, sir.

2        Q.   Do you remember receiving any shots at the

3   hospital?

4        A.   Yes.

5        Q.   Okay.   Do you remember what those were?

6        A.   No.

7        Q.   Did anybody tell you that one of them was a

8   steroid injection?

9        A.   Yes.

10       Q.   Okay.   Let's go to the next page, 000096.   Do

11   you see that?   Are you there?

12       A.   Uh-huh.

13       Q.   Okay.   On the right-hand column, it

14   says, "Assessment number one, acute localized allergic

15   reaction."   Do you see that?

16       A.   Yes.

17       Q.   And number two, "Cellulitis plan."   Do you

18   remember anybody telling you -- does this refresh your

19   recollection at all that somebody may have told you at

20   the time that you had an allergic reaction?

21       A.   Yes.

22       Q.   Do you remember that?

23       A.   Yes.

24       Q.   Okay.   And then the next page, 000097, it

25   says, "Patient education instructions."   Are these the

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 71

1   papers you were talking about receiving from the
2   hospital --
3         A.   Yes.
4         Q.   -- the ones describing allergies?
5         A.   Yes.
6         Q.   And 000099 is a section on rash, do you see
7   that?
8         A.   Yes.
9         Q.   And then the next page describes cellulitis.
10  Do you see that?
11        A.   Yes.
12        Q.   Okay.   And again, those are the papers that
13  they -- they gave you as sort of educational
14  information?
15        A.   Yes.
16        Q.   Okay.   You can set that aside.
17              Okay.   Do you remember in addition to the
18  shots that they would have given you at the hospital,
19  receiving any prescriptions to go fill?
20        A.   Yes, sir.   He -- yes, sir.
21        Q.   He wrote some prescriptions for you?
22        A.   Yes, sir.
23        Q.   Did you fill those?
24        A.   Well, I didn't have the money, but I turned
25  them in, and then I finally got the money to -- I got --

PAMELA JOHNSON

Page 82

1    help.

2        Q.  You got some shots at the ER that time?

3        A.  I think so.  I'm not for sure if I did.

4        Q.  I think your memory is right.  I think you may

5    have gotten four shots during that visit?

6        A.  Yes, sir.

7        Q.  Do you remember what those were?

8        A.  No, sir.

9        Q.  Okay.  Did they give you some prescriptions to

10   fill too?

11       A.  I think so.

12       Q.  And do you remember filling those?

13       A.  Yes, sir.  Rachel filled them for me.

14       Q.  Okay.

15            MR. HUTTON:  I think we're on Exhibit 4

16   now, correct?

17            THE REPORTER:  Yes.

18            (Exhibit No. 4 marked.)

19       Q.  (BY MR. HUTTON)  Okay.  I'm handing you what

20   I've marked as Deposition Exhibit No. 4.  Can you tell

21   me what this is?

22       A.  My prescriptions.

23       Q.  Okay.  A receipt for your prescriptions?

24       A.  Yes, sir.

25       Q.  And it's dated July 26th, 2017?

PAMELA JOHNSON

Page 83

1          A.   Yes, sir.

2          Q.   And this is a Walgreens receipt?

3          A.   Yes, sir.

4          Q.   And it looks like there's five prescriptions

5     that were filled there, correct?

6          A.   Yes, sir.

7          Q.   And then, it looks like you also bought -- is

8     this yours?   Did you go and fill these?

9          A.   I took it to the pharmacy.

10         Q.   Okay.   And it looks like you also bought a

11    Nutrisse ultra color black dye, do you see that as the

12    first item on the receipt?

13         A.   Yes.

14         Q.   Okay.   Why did you buy the hair dye there?

15         A.   Because I always have.

16         Q.   But this is on July 26th, 2017, correct?

17         A.   Yeah.

18         Q.   So this is --

19         A.   But I don't know what that --

20              MS. AMBLER:   We bought this box

21    (indicating).

22              MR. HUTTON:   Okay.

23              MS. AMBLER:   So we could know what we

24    had --

25              THE WITNESS:   Oh, yeah.   I couldn't

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

23

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 84

1  remember.

2          MS. AMBLER:   -- from the time period.

3      Q.  (BY MR. HUTTON)  Okay.  You bought the box to

4  provide to your lawyer?

5          MS. AMBLER:  Yes, that's what she bought is

6  this actual box --

7          MR. HUTTON:  Okay.

8          MS. AMBLER:  -- that you see in front of

9  you here today.

10         MR. HUTTON:  I haven't seen that box

11  before.

12         MS. AMBLER:  That's why I'm showing it to

13  you.  There you go.

14         MR. HUTTON:  Fair enough.

15     Q.  (BY MR. HUTTON)  And your attorney paid for

16  your prescriptions --

17     A.  Yes.

18     Q.  -- is I think what you said?

19         Okay.  So that was the first time you'd

20  filled prescriptions was on July 26th, 2017; is that

21  right?

22     A.  I think so.

23     Q.  Okay.  And it looks like the price of the hair

24  dye on July 26th, 2017 was $7.99; is that right?

25     A.  Yes, sir.

PAMELA JOHNSON

Page 114

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
2                   MIDLAND-ODESSA DIVISION

3   PAMELA JOHNSON,                    )
                                       )
4                   Plaintiff,         )
                                       ) CIVIL ACTION
5   VS.                                )
                                       ) NO.: 7:19-CV-00155-DC
6   L'ORÉAL USA S/D, INC.;             )
    GARNIER LLC; AND WALGREEN          )
7   CO.,                               )
                                       )
8                   Defendants.        )

9                REPORTER'S CERTIFICATION

10              DEPOSITION OF PAMELA JOHNSON

11                  FEBRUARY 14, 2020

12

13       I, Jordana Hodges, Certified Shorthand Reporter in

14   and for the State of Texas, hereby certify to the

15   following:

16       That the witness, PAMELA JOHNSON, was duly sworn by

17   the officer and that the transcript of the oral

18   deposition is a true record of the testimony given by

19   the witness;

20       That the original transcript was delivered to

21   MR. ANDREW HUTTON;

22       That a copy of this certificate was served on all

23   parties and/or the witness shown herein on

24   _____;

25       That pursuant to information given to the

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

25

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 115

1   deposition officer at the time said testimony was taken,
2   the following includes all parties of record:
3   FOR THE PLAINTIFF:
4        MS. RACHEL AMBLER
         AMBLER LAW
5        2651 Kermit Highway
         Odessa, Texas 79763
6        432.203.0303
         888.692.3331 (fax)
7        rachel@rachelambler.com
8   FOR THE DEFENDANTS L'ORÉAL USA S/D, INC.; GARNIER LLC;
    AND WALGREEN CO.:
9
         MR. ANDREW HUTTON
10       GORDON & REES
         816 Congress Avenue
11       Suite 1510
         Austin, Texas  78701
12       512.582.6478
         512.391.0183 (fax)
13       ahutton@grsm.com
14       That the amount of time used by each party at the
15  deposition is as follows:
16  MR. HUTTON 01 HOURS:49 MINUTES
    MS. AMBLER 00 HOURS:04 MINUTES
17
18       That $_____ is the deposition officer's
19  charges to the Defendants for preparing the original
20  deposition transcript and any copies of exhibits;
21       I further certify that pursuant to FRCP Rule
22  30(e)(1), that the signature of the deponent:
23            xxx was requested by the deponent or a party
24  before the completion of the deposition, and that
25  signature is to be before any notary public and returned

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8

PAMELA JOHNSON

Page 116

1   within 30 days from date of receipt of the transcript;

2           ___ was not requested by the deponent or a

3   party before the completion of the deposition.

4           If returned, the attached Changes and Signature

5   page contains any changes and the reasons therefor;

6           That $_____ is the deposition officer's

7   charges to the Plaintiff for preparing the original

8   deposition transcript and any copies of exhibits;

9           I further certify that I am neither counsel for,

10  related to, nor employed by any of the parties or

11  attorneys in the action in which this proceeding was

12  taken, and further that I am not financially or

13  otherwise interested in the outcome of the action.

14          Certified to by me this 6th day of

15  March, 2020.

16

17

18  _____

    Jordana Hodges, Texas CSR # 8887
19  Expiration Date:  07/31/2021
    Firm Registration No. 155
20  Permian Court Reporters
    605 W. Texas Avenue
21  Midland, Texas  79701
    432.683.3032

22

23

24

25

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

a87a1494-2893-42d4-9693-33370447a9c8





28

L'Oreal-Johnson-0001



L'Oreal-Johnson-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

PAMELA JOHNSON,
          *Plaintiff*,

v.

L'ORÉAL USA S/D, INC., GARNIER LLC,
and WALGREEN CO.,
          *Defendants*.

§
§
§
§
§
§
§
§

CASE NO. MO:19-CV-00155-DC

---

**PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND REQUESTS FOR PRODUCTION**

---

**TO:** **L'OREAL USA S/D, INC., GARNIER LLC, AND WALGREEN CO.**, Defendants, by and through Defendants' attorneys of record, Jeffrey R. Lilly and J. Andrew Hutton, GORDON REES SCULLY MANSUKHANI, LLP, 816 Congress Ave., Suite 1510, Austin, Texas 78701.

Pursuant to *Federal Rules of Civil Procedure*, Plaintiff makes the following *Responses to Defendants' Second Requests for Production*.  These responses are subject to objections with regard to relevancy, admissibility, and without waiving such objections.

Respectfully submitted,

AMBLERLAW, PLLC
511 N. Lincoln Avenue
Odessa, Texas  79761
P: 432.203.0303 | F: 888.692.3331

By: *Rachel Ambler*

Rachel Ambler
State Bar No. 24081954
*Rachel@RachelAmbler.com*
**eFiling & Court Only: *eFile@RachelAmbler.com***
**Attorneys for Plaintiff**

<u>**CERTIFICATE OF SERVICE**</u>

I certify a true copy of the above was served on each attorney of record or party in accordance with Rules on July 2,  2020.

*Rachel Ambler*

Rachel Ambler
**Attorneys for Plaintiff**

## RESERVATION OF RIGHTS

1. Plaintiff reserves the right to supplement this designation with additional designations of experts within the time limits imposed by the Court or by agreement of the parties, or pursuant to the *Federal Rules of Civil Procedure* and/or the *Federal Rules of Civil Evidence*.

2. Plaintiff reserves the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to the suit, and express their intention to call, as witnesses associated with adverse parties, any of Defendant's or Plaintiff's experts.

3. Plaintiff reserves the right to call undesignated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence in this trial.

4. Plaintiff reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

5. Plaintiff reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial that would be truthful, that would be of benefit to the jury to determine material issues of fact, and that would not violate any existing Court Order or the *Federal Rules of Civil Procedure*.

6. Plaintiff designates, as adverse parties, potentially adverse parties, and as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial, because Plaintiff does not agree to be bound by their testimony. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and call any such party or any such experts previously designated by any party.

7. Plaintiff reserves whatever additional rights that Plaintiff might have with regard to experts, pursuant to the *Federal Rules of Civil Procedure*, the *Federal Rules of Civil Evidence*, the case law construing same, and the rulings of the trial court.

8. Plaintiff reserves the right to supplement these answers.

## CONDITIONS OF RESPONSES

1. Subject to the foregoing objection, and without waiving same, responsive non-privileged documents, if any, will be made available for inspection and copying at AMBLERLAW, 511 N. Lincoln Avenue, Odessa, Texas 79761.

2. Unless otherwise indicated, the term "Plaintiff" means Plaintiff **PAMELA JOHNSON** and the term "Defendants" mean **L'OREAL USA S/D, INC., GARNIER LLC, AND WALGREEN CO.**

3. Plaintiff's responses are based on Plaintiff's present knowledge after a reasonable investigation and on Plaintiff's interpretation and construction of the request.

4. Plaintiff reserves the right to redact any portions of otherwise responsive and non-privileged documents that contain irrelevant, nonresponsive, or privileged information.

5. Plaintiff will supplement responses when, if, and as required by the *Federal Rules of Civil Procedure*.

<u>**RESPONSES**</u>

<u>**REQUEST FOR PRODUCTION NO. 29:**</u>  Please produce true and correct copies of all boxes, packaging, containers, labeling, package inserts, and instructions that came with the Garnier Nutrisse Ultra Color BL 21 hair coloring product you purchased from Walgreens on July 26, 2017.

**RESPONSE:  Please see the attached CD bates labeled Plaintiff's 0207.**


<u>**REQUEST FOR PRODUCTION NO. 30:**</u>  Please produce all photographs, digital images, and recordings of the injuries you allege resulted from the subject incident.  Pursuant to Federal Rule of Civil Procedure 34(b), please produce responsive documents in their original digital file format (e.g., .jpg, .tif, .png, or raw image files), and in their original file size and resolution, with all associated metadata.

**RESPONSE:  Please see the attached CD bates labeled Plaintiff's 0207.**



**GARNIER**

Before → After

**BL21**
BLUE BLACK
NEGRO AZULADO

HAIRCOLOR CAN CAUSE AN ALLERGIC REACTION
IMPORTANT: FOLLOW THE USAGE ADVISORY

**GARNIER**

**BL21**
BLUE BLACK

NEW LOOK SAME GREAT FORMULA

**Nutrisse®**
ULTRA COLOR

Nourishing Color Creme
ULTRA BOLD BLACK

Triple Nourishment: Avocado, Olive & Shea Oils
• Ultra Vibrant with Vivid Reflects
• Ultra Long-Lasting
PERMANENT HAIRCOLOR - ONE APPLICATION

TRY **GARNIER FRUCTIS** COLOR SHIELD To Help Maintain Color Vibrancy

**USAGE ADVISORY-SAFETY WARNINGS**

**IMPORTANT:** HAIRCOLOR CAN CAUSE AN ALLERGIC REACTION WHICH, IN CERTAIN RARE CASES, CAN BE SEVERE. THEREFORE, YOU MUST FOLLOW THESE PRECAUTIONS.

**DO NOT USE IF:**
— YOU HAVE ALREADY HAD A REACTION TO A HAIRCOLOR PRODUCT.
— YOU HAVE A SENSITIVE, ITCHY OR DAMAGED SCALP.
• IF YOU HAVE A TATTOO, THE RISKS OF AN ALLERGIC REACTION MAY BE INCREASED.
• PERFORM A SKIN ALLERGY TEST 48 HOURS BEFORE EACH USE OF THIS PRODUCT (SEE INSERT). REMEMBER TO BUY YOUR PRODUCT 2 DAYS AHEAD OF TIME.

• AVOID CONTACT OF THIS PRODUCT WITH EYES AND SKIN.
• IF PRODUCT GETS INTO EYES, RINSE IMMEDIATELY.
• WEAR GLOVES PROVIDED IN KIT.
• THOROUGHLY RINSE HAIR AFTER APPLICATION.
• DO NOT USE OVER COMPOUND HENNA OR PROGRESSIVE COLOR.
• WAIT AT LEAST 14 DAYS AFTER BLEACHING, RELAXING OR PERMING BEFORE COLORING.
• KEEP PRODUCT OUT OF THE REACH OF CHILDREN. DO NOT APPLY ON CHILDREN.

**CAUTION:** THIS PRODUCT CONTAINS INGREDIENTS WHICH MAY CAUSE SKIN IRRITATION ON CERTAIN INDIVIDUALS AND A PRELIMINARY TEST ACCORDING TO ACCOMPANYING DIRECTIONS SHOULD FIRST BE MADE. THIS PRODUCT MUST NOT BE USED FOR DYEING THE EYELASHES OR EYEBROWS; TO DO SO MAY CAUSE BLINDNESS.

**IMPORTANTE:** LOS TINTES DE CABELLO PUEDEN CAUSAR UNA REACCIÓN ALERGICA QUE, EN CIERTOS CASOS RAROS, PODRÍA SER SERIA. POR LO TANTO, ES NECESARIO QUE SIGA ESTAS PRECAUCIONES.

**NO LO USE SI:**
— EN OTRA OCASIÓN TUVO UNA REACCIÓN A UN PRODUCTO PARA TEÑIR EL CABELLO.
— SU CUERO CABELLUDO ES SENSIBLE, SUFRE DE PICAZÓN O ESTÁ LASTIMADO.
• SI TIENE UN TATUAJE, EL RIESGO DE UNA REACCIÓN ALÉRGICA PUEDE AUMENTAR.
• CADA VEZ QUE VAYA A USAR ESTE PRODUCTO DEBE HACERSE UNA PRUEBA DE ALERGIA CUTÁNEA 48 HORAS ANTES (LEA LAS INSTRUCCIONES). RECUERDE COMPRAR EL PRODUCTO CON DOS DÍAS DE ANTELACIÓN.

• EVITE EL CONTACTO DE ESTE PRODUCTO CON LOS OJOS Y LA PIEL.
• SI EL PRODUCTO CAE EN LOS OJOS, ENJUAGUELOS INMEDIATAMENTE.
• USE LOS GUANTES QUE VIENEN EN EL KIT.
• ENJUAGUE BIEN EL CABELLO DESPUÉS DE LA APLICACIÓN.
• NO LO USE SOBRE COMPUESTO DE ALHEÑA (HENNA) O COLOR PROGRESIVO.
• ESPERE POR LO MENOS 14 DÍAS PARA TEÑIRSE EL CABELLO DESPUÉS DE HACERSE UN TRATAMIENTO DE PERMANENTE, ALISADO O DECOLORACIÓN.
• MANTENGA ESTE PRODUCTO FUERA DEL ALCANCE DE LOS NIÑOS. NO SE LO APLIQUE A UN NIÑO.

**PRECAUCIÓN:** ESTE PRODUCTO CONTIENE INGREDIENTES QUE PODRÍAN CAUSAR IRRITACIÓN EN LA PIEL DE ALGUNAS PERSONAS. DEBIDO A ESTO SE RECOMIENDA HACER PRIMERO UNA PRUEBA SIGUIENDO LAS INSTRUCCIONES ADJUNTAS. ESTE PRODUCTO NO DEBE USARSE PARA TEÑIR LAS PESTAÑAS O LAS CEJAS YA QUE PUEDE CAUSAR CEGUERA.

**READ AND FOLLOW THE INSERT**

**INGREDIENTS:**

**COLORANT:** 1053057 AQUA/WATER/EAU, CETEARYL ALCOHOL, PROPYLENE GLYCOL, DECETH-3, LAURETH-12, AMMONIUM HYDROXIDE, OLETH-30, LAURIC ACID, HEXADIMETHRINE CHLORIDE, GLYCOL DISTEARATE, POLYQUATERNIUM-22, 2,4-DIAMINOPHENOXYETHANOL HCl, ETHANOLAMINE, SILICA DIMETHYL SILYLATE, PARFUM/FRAGRANCE, TOLUENE-2,5-DIAMINE, PENTASODIUM PENTETATE, SODIUM METABISULFITE, CARBOMER, ASCORBIC ACID, RESORCINOL, VITIS VINIFERA SEED OIL/GRAPE SEED OIL, CI 77891/TITANIUM DIOXIDE, N,N-BIS(2-HYDROXYETHYL)-p-PHENYLENEDIAMINE SULFATE, THIOGLYCERIN, DIMETHICONE, TOCOPHEROL, HELIANTHUS ANNUUS SEED OIL/SUNFLOWER SEED OIL, ROSMARINUS OFFICINALIS (ROSEMARY) EXTRACT. F.I.L # D26169/13. U.S. PATENT: 5,690,696
Ingredients continued on the bottom.

Store between 50° and 80° F.
Se incluyen instrucciones en español.
Léelas con atención.
**Questions?** Garnier Nutrisse has expert color consultants to help you.
**Call: 1-800-4GARNIER (1-800-442-7643)**
or visit www.garnierusa.com
GARNIER LLC, NEW YORK, NY 10001
MADE IN MEXICO

33



BL 21
BLUE
BLACK
NEGRO AZULADO



## GARNIER Nutrisse ULTRA COLOR

### NOURISHED HAIR

Nutrisse is the only ~~~ with a grapeseed oil amp ~~~ directly into your color ~~~ nutrisse lets you nourish hair while you ~~~ color.

Non-drip creme formula spreads easy and smells great!

Lock in moisture with our creamy after-color conditioner infused with avocado, olive, and shea oils. It keeps hair soft, silky, and nourished.

FRUIT OIL CONCENTRATE



### BOLDER COLOR

Take your color to the next level with intensity-enhancing reflects that deliver ultra vivid transformation for the boldest you.

**ULTRA COLOR BLACKS**

Before / After

All brunettes can achieve ultra bold black reflects for high-impact color in just one step.

### GARNIER® CARES



FSC
www.fsc.org
MIX
Packaging from responsible sources
FSC® C022756

This paper has been certified to meet the environmental and social standards of the ~~~ Stewardship Council

TERRACYCLE

We have teamed up with TerraCycle® to help keep beauty products out of landfills. Join a Beauty Brigade® and help us create a cleaner, greener future. Sign up at garnierusa.com/green

This Garnier carton is recyclable.
**Take Care. Please recycle.**

## GARNIER Nutrisse ULTRA COLOR

### BOLD, ULTRA VIBRANT BLACK WITH VIVID REFLECTS

**FIND YOUR HAIRCOLOR RESULT**

| Your natural haircolor is: | Your NUTRISSE ULTRA COLOR result will be: |
| --- | --- |
| Light Brown | → |
| Medium to Dark Brown | → |
| Darkest Brown to Black | → |

Not recommended for bleached, highlighted, or predominantly gray hair.

**FIND YOUR PERFECT SHADE**
VISIT GARNIERUSA.COM/SHADESELECTOR



the SHADE SELECTOR by GARNIER

GARNIER

4164653
2

**FRUIT OIL CONCENTRATE:**
1028640,PARAFFINUM LIQUIDUM/MINERAL OIL/HUILE MINERALE, VITIS VINIFERA SEED OIL/GRAPE SEED OIL, PARFUM/FRAGRANCE, TOCOPHEROL, ROSMARINUS OFFICINALIS (ROSEMARY) EXTRACT. F.I.L # D25829/5

**RINSE-OUT CONDITIONER:**
1110808 AQUA/WATER/EAU, CETEARYL ALCOHOL, CETEARYL ALCOHOL, ELAEIS GUINEENSIS OIL/PALM OIL, BEHENTRIMONIUM CHLORIDE, PYRUS MALUS EXTRACT/APPLE FRUIT EXTRACT, GLYCERIN, PARFUM/FRAGRANCE, ISOPROPYL ALCOHOL, STEARAMIDOPROPYL DIMETHYLAMINE, NIACINAMIDE, PYRIDOXINE HCl, BUTYROSPERMUM PARKII BUTTER/SHEA BUTTER, CITRIC ACID, OLEA EUROPAEA OIL/OLIVE FRUIT OIL, SACCHARUM OFFICINARUM EXTRACT/SUGAR CANE EXTRACT/EXTRAIT DE CANNE A SUCRE, BENZYL ALCOHOL, CHLORHEXIDINE DIHYDROCHLORIDE, PERSEA GRATISSIMA OIL/AVOCADO OIL, RIBES NIGRUM OIL/BLACK CURRANT SEED OIL, LINALOOL, PHENOXYETHANOL, CITRUS MEDICA LIMONUM PEEL EXTRACT/LEMON PEEL EXTRACT, CI 19140/YELLOW 5, CAMELLIA SINENSIS LEAF EXTRACT, CI 15985/YELLOW 6, TOCOPHEROL, GLYCINE SOJA OIL/SOYBEAN OIL. F.I.L # D174405/3

**DEVELOPER:**
437043 U AQUA/WATER/EAU, HYDROGEN PEROXIDE, CETEARYL ALCOHOL, TRIDECETH-2 CARBOXAMIDE MEA, CETEARETH-25, GLYCERIN, PENTASODIUM PENTETATE, SODIUM STANNATE, TETRASODIUM ETIDRONATE, PHOSPHORIC ACID. F.I.L # D12650/23

0 3084 25666 2

34



...choosing GARNIER NUTRISSE.
The only permanent haircolor with a separate ampoule of grape seed oil so you can start nourishing while you color. Our Nourishing Conditioner with Avocado, Olive & Shea Oils keeps your long-lasting color silkier and shinier than before.

Questions? Talk to your Nutrisse consultant toll free from anywhere in the continental US. 1-800-442-7643. Or visit www.garnierUSA.com to view our easy how-to application videos.

# GARNIER
# NUTRISSE
### NOURISHING COLOR CREME
**ULTRA COLOR BLACKS, BURGUNDIES, AND REDS**
Before using this product, you must read all Usage Advisory-Safety Warnings and follow application instructions carefully.

## USAGE ADVISORY- SAFETY WARNINGS
### (READ BEFORE COLORING)

**SKIN ALLERGY TEST: TO BE PERFORMED 48 HOURS BEFORE EACH USE OF THIS PRODUCT, EVEN IF YOU HAVE ALREADY USED THIS OR ANOTHER HAIRCOLOR PRODUCT.**

**SKIN ALLERGY TEST**
**IMPORTANT: THIS PRODUCT CAN CAUSE AN ALLERGIC REACTION, WHICH, IN CERTAIN RARE CASES, CAN BE SEVERE. TO HELP MINIMIZE THE RISK OF AN ALLERGIC REACTION, YOU MUST FOLLOW THESE PRECAUTIONS.**

DO NOT USE IF:
• You have already had a reaction to a haircolor product.
• You have a sensitive, itchy or damaged scalp.

If you have a tattoo, the risk of an allergic reaction may be increased.

PERFORM A SKIN ALLERGY TEST 48 HOURS BEFORE EACH USE OF THIS PRODUCT, AS ALLERGIES CAN DEVELOP SUDDENLY, EVEN IF YOU HAVE PREVIOUSLY USED A HAIRCOLOR PRODUCT FROM THIS BRAND OR ANOTHER.

**SKIN ALLERGY TEST INSTRUCTIONS:**
• Clean an area the size of a quarter in the bend of your elbow with soap and water. Pat dry.
• Pierce the Nourishing Color Creme tube (B) using the pointed tip of its cap. Do not squeeze or put pressure on color cream tube until you have pierced the tube opening completely.

• Using a plastic utensil, mix a dab of Nourishing Color Creme (B) with a few drops of the Nourishing Creme Developer (A) (the ratio should be 1 part Color Creme to 1½ parts Developer) in a plastic or glass container. Tightly recap the haircolor product and Developer. Do not use metal utensils.
• Apply mixture to the test area with a cotton swab or ball.
• Let test spot dry. **Do not wash, cover or disturb** for 48 hours.
• Examine test area periodically over the next 48 hours. If you experience any reactions – such as redness, burning, itching, swelling, skin abrasions, eruptions or irritation in or around the test area, DO NOT COLOR YOUR HAIR UNTIL YOU CONSULT A DOCTOR.

**IMPORTANT WARNINGS**
• IN CASE OF A REACTION WHILE COLORING HAIR, such as stinging, rash or burning sensation on scalp, rinse immediately and discontinue use. IF YOU EXPERIENCE DIFFICULTY BREATHING, TIGHTNESS OF CHEST OR HIVES OR SWELLING AT ANY PLACE ON THE BODY, DISCONTINUE USE AND OBTAIN MEDICAL ASSISTANCE IMMEDIATELY. BEFORE COLORING AGAIN, CONSULT A DOCTOR.
• IN RARE CASES, THE USE OF HAIR COLORANTS HAS BEEN ASSOCIATED WITH SKIN DEPIGMENTATION (SKIN WHITENING OR LOSS OF COLOR). THIS MAY BE TEMPORARY OR PERMANENT. IF YOU NOTICE ANY SKIN DEPIGMENTATION OR ALLERGIC REACTION SUCH AS PAIN OR SEVERE ITCHING, DISCONTINUE USE IMMEDIATELY.

• Avoid contact with skin and eyes. Do not use to color eyelashes or eyebrows. To do so may cause blindness.
• If product gets into eyes, rinse immediately. If you are wearing contact lenses, remove them before rinsing eyes. Call a doctor if irritation persists.

• Wear gloves provided in kit.
• Thoroughly rinse hair after application.
• For any questions relating to your individual sensitivities or specific allergies, consult a doctor.
• Do not use on facial or body hair or for any purposes other than coloring your hair. Irritation or injury could occur.
• Do not use on relaxed hair.
• Wait at least 14 days after bleaching or perming before coloring.
• Do not use over compound henna or progressive color.
• Do not inhale or ingest. Prepare and use in a well-ventilated area. If swallowed, call a doctor, hospital emergency room, or poison control center immediately.
• Keep product out of reach of children. Do not apply on children.

**FOLLOW THE APPLICATION INSTRUCTIONS.**

**STRAND TEST**
**BEFORE YOU COLOR DO A STRAND TEST TO PREVIEW YOUR COLOR RESULTS.**
• Snip a strand of hair ¼" wide and tape at one end. Put gloves on.
• Using a plastic teaspoon, mix 1 teaspoon of Nourishing Color Creme (B) with 1½ teaspoons of the Nourishing Creme Developer (A) in a plastic or glass container. Recap both containers tightly.
• Place hair strand into color mixture.
• Leave in mixture for 25 minutes.
• Rinse and dry to preview your color results.

3932475

## HELPFUL HINTS
• Apply a small amount of the Nourishing Conditioner to **hairline, ears, and back of neck to prevent possible staining.**
• Apply to dry, detangled hair.
• To keep hair color vibrant, do not shampoo your hair until the day after coloring.

**STEP 1:**
Easy Preparation & Mix Color

**STEP 2:**
Start To Color

## Easy Preparation & Mix Color

### ① GET READY

- Put on the gloves and twist off the Applicator tip of the Nourishing Creme Developer bottle (A) and remove cap from bottle.

### ② PREPARATION

- Squeeze out the entire contents of the Nourishing Color Creme tube (B) into the Nourishing Creme Developer bottle (A). Do not point either end of the tube toward face while opening or using.

  **CAUTION: Do not squeeze or put pressure on Nourishing Color Creme tube (B) until you have pierced the tube opening completely. Do not point either end of tube toward face while opening or using. Use care in working with tube contents. Contact between contents and eyes may cause blindness. Never leave the tip of the applicator bottle unopened after mixing. The container may burst.**

### ③ COMBINE INGREDIENTS

- Snap open the Fruit Oil Concentrate (C) and pour entire contents into Developer bottle.

### ④ MIX & APPLY

- Replace Applicator tip on Nourishing Creme Developer bottle (A) and close tightly. Place your gloved finger over tip and shake well to mix contents. Shake to mix, shake again from your face and body.







NOURISHING CREME DEVELOPER | NOURISHING COLOR CREME | FRUIT OIL CONCENTRATE | NOURISHING CONDITIONER WITH AVOCADO, OLIVE & SHEA OILS

With easy-fit, PVC-free gloves.

## Start to Color

## FULL HEAD APPLICATION

**IF YOU:**
- Have never colored your hair.
- Want to change current haircolor to something darker.
- Have not colored in 3 months or longer.

*Not recommended for bleached, highlighted, or predominantly gray hair.

### ① APPLY ON DRY, DETANGLED, UNWASHED HAIR

- Make ¼ inch parts throughout hair with the Applicator tip (A) and apply mixture to roots first before spreading through midlengths and ends until hair is saturated.
- When using haircolor to lighten, first apply where your hair is darkest.
- Work gently through hair to provide best saturation.

### ② TIMING

- After you are finished applying, begin timing.
- Leave color on for 25 minutes. Do not save any unused mixture, the container may burst.

**PLEASE KEEP IN MIND WHILE APPLYING:**
- Do not over-massage your scalp.
- The mixture may change color (become darker, more vibrant) when on your head; it is NOT indicative of the color results.
- Use enough mixture to saturate your hair. Discard any unused mixture.
- If any mixture gets on your skin, dip a damp towel in shampoo and gently remove before continuing.

### ③ RINSE

- When time is up, add a small amount of warm water to hair and work color mixture into a lather.
- Rinse hair thoroughly until water runs clear.

### ④ CONDITION

- Apply Nourishing Conditioner with Avocado, Olive & Shea Oils (D) to hair.
- Leave in hair for 2 minutes.
- Rinse hair thoroughly. Towel dry hair and style as usual.
- Use Nourishing Conditioner with Avocado, Olive & Shea Oils (D) weekly to protect hair.

**FULL HEAD APPLICATION**

APPLY


 00:25 25 Min

TOTAL TIME 00:25

 RINSE & CONDITION


## TOUCH-UP APPLICATION

**IF YOU:**
- Want to re-do roots.
- Have used Ultra Color Collections: Black, Reds, or Burgundies, or similar intense shades.

*Not recommended for bleached, highlighted, or predominantly gray hair.

### ① APPLY ON DRY, DETANGLED, UNWASHED HAIR

- Make ¼ inch parts throughout hair with the Applicator tip (A) and spread color mixture evenly on new growth of roots, section by section. Use enough mixture to saturate the root area.

### ② TIMING

- After you are finished applying, begin timing.
- Leave color on roots for 20 minutes.
- After 20 minutes, work remaining mixture gently through hair length and ends to refresh color. Leave color on for additional 5 minutes. Total development time: 25 minutes. If your ends are significantly lighter, leave on for up to 10 minutes for a total development time of 30 minutes. Do not save any unused mixture, the container may burst.

**PLEASE KEEP IN MIND WHILE APPLYING:**
- Do not over-massage your scalp.
- The mixture may change color (become darker, more vibrant) when on your head; it is NOT indicative of the color results.
- Use enough of the mixture to saturate your hair. Discard any unused mixture.
- If any mixture gets on your skin, dip a damp towel in shampoo and gently remove before continuing.

### ③ RINSE

- When time is up, add a small amount of warm water to hair and work color mixture into a lather.
- Rinse hair thoroughly until water runs clear.

### ④ CONDITION

- Apply Nourishing Conditioner with Avocado, Olive & Shea Oils (D) to hair.
- Leave in hair for 2 minutes.
- Rinse hair thoroughly. Towel dry hair and style as usual.
- Use Nourishing Conditioner with Avocado, Olive & Shea Oils (D) weekly to protect hair.

**TOUCH-UP APPLICATION**

APPLY TO ROOTS
 00:20 20 Min

APPLY TO LENGTHS & ENDS
 00:05 5 Min


TOTAL TIME 00:25

RINSE & CONDITION

ER LLC, NEW YORK, NY 10017.  PRINTED IN MEXICO. SUBSCRIBE CHINA.

CHRISTELL JOHNSON

Page 1

                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                   MIDLAND-ODESSA DIVISION

PAMELA JOHNSON,                )
                               )
              Plaintiff,       )
                               )
VS.                            ) CIVIL ACTION
                               )
L'ORÉAL USA S/D, INC.;         ) NO.: 7:19-CV-00155-DC
GARNIER LLC; AND WALGREEN      )
CO.,                           )
                               )
              Defendants.      )


          ----------------------------------

                    ORAL DEPOSITION OF

                    CHRISTELL JOHNSON

                    FEBRUARY 14, 2020

                     VOLUME 1 OF 1

          ----------------------------------

     ORAL DEPOSITION OF CHRISTELL JOHNSON, produced as a

witness at the instance of the DEFENDANTS, and duly

sworn, was taken in the above-styled and numbered cause

on February 14, 2020, from 9:26 a.m. to 10:41 a.m.,

before Jordana Hodges, CSR in and for the State of

Texas, reported by machine shorthand, at the offices of

Permian Court Reporters, 509 N. Grant Avenue, Odessa,

Texas, pursuant to the Federal Rules of Civil Procedure

and the provisions stated on the record or attached

hereto.

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

1                    A P P E A R A N C E S

2

    FOR THE PLAINTIFF:
3

        MS. RACHEL AMBLER
4        AMBLER LAW
         2651 Kermit Highway
5        Odessa, Texas 79763
         432.203.0303
6        888.692.3331 (fax)
         rachel@rachelambler.com
7

8   FOR THE DEFENDANTS L'ORÉAL USA S/D, INC.; GARNIER LLC;
    AND WALGREEN CO.:
9

        MR. ANDREW HUTTON
10       GORDON & REES
         816 Congress Avenue
11       Suite 1510
         Austin, Texas  78701
12       512.582.6478
         512.391.0183 (fax)
13       ahutton@grsm.com

14

15

16

17

18

19

20   ALSO PRESENT:
         Pamela Johnson, Plaintiff
21

22

23

24

25

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

Page 3

1                          INDEX

2                                                   PAGE

3    Appearances.......................................  2

4

     CHRISTELL JOHNSON
5          Examination by Mr. Hutton....................4, 61
           Examination by Ms. Ambler.......................55
6

7    Signature and Changes................................65

8    Reporter's Certificate...............................67

9

10                         EXHIBITS

11   NO.   DESCRIPTION                                 PAGE

12   1     Garnier Nutrisse hair color box..............   31

13   2     Garnier package insert.......................   34

14

15

16

17

18

19

20

21

22

23

24

25

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

Page 26

1   down.  I'd first open the box and pull the instructions

2   out.  I look at the instructions.  Get the gloves.  I

3   always use the gloves.  Make sure there's no changes in

4   it because sometimes they will -- in the kits, they will

5   put a -- what do you call it?  Like a -- basically like

6   to protect the hair.  And make sure there's no changes.

7            And I would comb her hair, part it in

8   sections and we would go on past that, like, apply one

9   section, do that, go to the next section, next section,

10  next section.  And then we look at the time.  I tell her

11  what time it is, and then we'll, you know, go from

12  there.

13       Q.  Okay.  Do you ever do what's called a patch

14  test or a skin test before you color her hair?

15       A.  No, sir.

16       Q.  Have you ever, since 1994, done that test?

17       A.  No, sir.

18       Q.  Have you ever -- has there been any times that

19  you've colored her hair where you've seen or she's told

20  you about any kind of skin reaction she had as a result

21  of coloring her hair or that she thought was a as a

22  result of coloring her hair?

23       A.  No, sir.

24       Q.  And that would be itching, rash, swelling, any

25  of those things, you never saw?

CHRISTELL JOHNSON

Page 31

1  used in July 2017?

2      A.  What do you mean?

3      Q.  Did you keep it?

4      A.  No.

5      Q.  Do you know what happened to it?

6      A.  We threw it away, I believe.

7      Q.  Okay.  I will -- to make it easier on the court

8  reporter -- I did, I will represent to you, make some

9  Xerox copies of the box.  And I will let you see both of

10  these.

11          MR. HUTTON:  Here you go, Rachel.

12      Q.  (BY MR. HUTTON)  And I will give you the box as

13  well.  Oh, actually, let me have that back for one

14  second.

15      A.  Okay.

16      Q.  Let me mark it.

17          (Exhibit No. 1 marked.)

18      Q.  (BY MR. HUTTON)  Okay.  Ms. Johnson, I'm

19  handing you what I've marked as Exhibit 1.  And can you

20  tell me what that looks like?

21      A.  Garnier Nutrisse ultra color box that my mom

22  uses.

23      Q.  And I will tell you, again, just represent to

24  you that that box should be -- that is a Xerox of that

25  box, but you're free to look and compare them.  But does

CHRISTELL JOHNSON

Page 32

1   it look like the same thing?

2       A.   Yes, sir.

3       Q.   Now, there's a lot of words on that box.   Did

4   you ever read the words on that?

5       A.   You mean, like the fine print right here

6   (indicating)?

7       Q.   Anything, yeah.

8       A.   No.

9       Q.   Do you remember reading that side panel -- I

10  think you called it the fine print -- the one that

11  says, "Usage Advisory-Safety Warnings"?

12      A.   No.

13      Q.   You don't ever remember reading that?

14      A.   No.

15      Q.   Okay.   Now, let's see.   If you'll open up the

16  box, it should have -- my understanding is it's got

17  about five or six things in there.   You can pull them

18  out.

19      A.   Okay.

20      Q.   I think there's one more with the package

21  insert.

22      A.   Yes.

23      Q.   So I think what we've got there is the package

24  insert --

25      A.   Yes.

CHRISTELL JOHNSON

1    Q.   -- a bottle of developer, a tube of cream?

2    A.   Correct.

3    Q.   A little plastic fruit oil or something; is

4  that right?

5    A.   It's kind of like a hair protector.

6    Q.   Okay.   And then what's that last little bottle?

7    A.   Conditioner.

8    Q.   Conditioner.   Okay.   And are those the things

9  that come in the box that you've used to color your

10  mom's hair?

11    A.   Yes.

12    Q.   Okay.   So you indicated that you -- as a matter

13  of routine, I think, when you colored your mom's hair,

14  that you would look over the instructions to see if

15  anything changed; is that right?

16    A.   Correct.

17          MS. AMBLER:   Excuse me, when were these

18  boxes of hair dye that you provided as demonstratives

19  purchased?

20          MR. HUTTON:   Early 2017.

21          MS. AMBLER:   Thank you.

22          MR. HUTTON:   They are from lots that were

23  manufactured in early 2017.

24          MS. AMBLER:   Thank you.   That's actually a

25  better answer, I suppose.

CHRISTELL JOHNSON

Page 34

1          (Exhibit No. 2 marked.)

2          Q.   (BY MR. HUTTON)   Okay.   Ms. Johnson, I'm

3     handing you -- I just marked the package insert that you

4     pulled out of that box as Exhibit 2.   And does that look

5     familiar?

6          A.   Yes.

7          Q.   Did you ever -- I know you indicated you read

8     the instructions.   And I assume when you said the

9     instructions, you mean how to prepare, mix, and use the

10    hair coloring; is that right?

11         A.   Yes.

12         Q.   And I should note that there are two sides to

13    this set of instructions.   One is -- looks like it's in

14    English and the other is in Spanish.   Could I just mark

15    Exhibit 2 on the Spanish side?

16         A.   Yes.

17         Q.   Do you speak Spanish?

18         A.   No, sir.

19         Q.   Okay.   I don't either.   Let's both focus on the

20    English side.

21         A.   Okay.

22         Q.   Did you ever -- do you recall ever reading the

23    section that is labeled, "Usage Advisory-Safety

24    Warnings"?

25         A.   No.

CHRISTELL JOHNSON

Page 35

1    Q.   You don't remember reading that?

2    A.   No.

3    Q.   Do you remember reading it before you colored

4    her hair in July of 2017?

5    A.   No.

6    Q.   Okay.   And before you colored her hair in July

7    of 2017, you didn't conduct the skin test or the patch

8    test that is described in these instructions, correct?

9    A.   No, sir.

10   Q.   Okay.  Did you do what's called the strand

11   test?

12   A.   No, sir.

13   Q.   Okay.  So walk me through what you would have

14   done on -- do you remember the day that you colored her

15   hair in July of 2017, the particular day?

16   A.   I don't.

17   Q.   I'll represent to you I think, based on the

18   discovery responses and the complaint in this case that

19   it was July 8th, 2017; does that sound correct?

20   A.   Somewhere in there.

21   Q.   Okay.  Can you -- first of all, where did you

22   color her hair that day?

23   A.   At home, in the living room.

24   Q.   In the living room?

25   A.   Yes, sir.

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

Page 61

1    A.  No.

2    Q.  Who had the better knowledge that that could

3  happen, do you think?

4         MR. HUTTON:  Objection, form.

5    A.  L'Oréal and Garnier.

6         MS. AMBLER:  I pass the witness.

7              FURTHER EXAMINATION

8  BY MR. HUTTON:

9    Q.  Okay.  Briefly, Ms. Johnson, I'll keep the

10  deposition Exhibit No. 2 there in front of you.  Do you

11  see under the Usage Advisory-Safety Warnings a section

12  that is in bold and all caps that says, "Skin allergy

13  test to be performed 48 hours before each use of this

14  product even if you have already used this or another

15  hair color product."  Do you see that?

16    A.  Yes.

17    Q.  Did you read that before applying the hair

18  color to her hair?

19    A.  No.

20    Q.  And you already said you didn't conduct that

21  skin test, correct?

22    A.  Correct.

23    Q.  And then beneath that, it says, "Skin allergy

24  test, important, this product can cause an allergic

25  reaction, which in certain rare cases, can be severe.

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

1   To help minimize the risk of an allergic reaction, you

2   must follow these precautions."  Did I read that

3   correctly?

4       A.  Correct.

5       Q.  And again, we already talked about that you did

6   not conduct this skin allergy test as described in this

7   insert; is that right?

8       A.  Yes.

9       Q.  Okay.  And if you could, go back to deposition

10   Exhibit 1, the -- that first page -- and I should say at

11   the bottom, this is what we call a Bates number.  It

12   says L'Oréal-Johnson 0001.  Do you see that?

13       A.  Yes.

14       Q.  Okay.  And that's just to show that it's been

15   produced in this lawsuit.

16       A.  Okay.

17       Q.  But do you see under the box on the right side

18   of that first page where it says, "Usage Advisory-Safety

19   Warnings," Do you see that?

20       A.  Yes.

21       Q.  And beneath that, it says, "Important," in bold

22   and caps, "hair color can cause an allergic reaction,

23   which in certain rare cases, can be severe, therefore

24   you must follow these precautions."  Did I read that

25   correctly?

CHRISTELL JOHNSON

Page 63

1          A.   Yes.

2          Q.   And the third bullet point beneath that, follow

3     along with me, if you would.   "Perform a skin allergy

4     test," and then underlined, "48 hours," stop

5     underlining, "before each use of this product."   And

6     then it says, "See insert.   Remember to buy your product

7     two days ahead of time."   Do you see that?

8          A.   Yes.

9          Q.   And I read that correctly?

10          A.   Yes.

11          Q.   And you didn't do that before coloring her hair

12     this time, correct?

13          A.   What do you mean?

14          Q.   The skin allergy test --

15          A.   Correct.

16          Q.   -- 48 hours before applying the hair color?

17          A.   Correct.

18          Q.   Is that right?

19          A.   Yes.

20          Q.   Okay.   Do you remember reading these warnings

21     before coloring her hair in July of 2017?

22          A.   No.

23          Q.   Okay.   And then on the top of the box -- and

24     you can see it on this deposition Exhibit 1, what would

25     be the flap, I think, on the box.   I think you have to

CHRISTELL JOHNSON

Page 64

1    turn it over on our Xerox.   Do you see where it

2    says, "Important:   Follow the usage advisory skin

3    allergy test 48 hours before application."   Do you see

4    that?

5         A.   Yes.

6         Q.   And again, you didn't do that before applying

7    the hair color in July of 2017, right?

8         A.   Correct.

9              MR. HUTTON:   I think that's all the

10   questions I have.   Thank you again.

11             THE WITNESS:   You're welcome.

12             MR. HUTTON:   Are you done?

13             MS. AMBLER:   That's all.

14             MR. HUTTON:   Okay.

15             (End of proceedings.)

16

17

18

19

20

21

22

23

24

25

CHRISTELL JOHNSON

Page 67

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

PAMELA JOHNSON,                    )
                                   )
                Plaintiff,         )
                                   )
VS.                                ) CIVIL ACTION
                                   )
L'ORÉAL USA S/D, INC.;             ) NO.: 7:19-CV-00155-DC
GARNIER LLC; AND WALGREEN          )
CO.,                               )
                                   )
                Defendants.        )

REPORTER'S CERTIFICATION
DEPOSITION OF CHRISTELL JOHNSON
FEBRUARY 14, 2020


        I, Jordana Hodges, Certified Shorthand Reporter in
and for the State of Texas, hereby certify to the
following:

        That the witness, CHRISTELL JOHNSON, was duly sworn
by the officer and that the transcript of the oral
deposition is a true record of the testimony given by
the witness;

        That the original transcript was delivered to
MR. ANDREW HUTTON;

        That a copy of this certificate was served on all
parties and/or the witness shown herein on
_____;

        That pursuant to information given to the
deposition officer at the time said testimony was taken,

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

Page 68

1   the following includes all parties of record:

2   FOR THE PLAINTIFF:

3       MS. RACHEL AMBLER
        AMBLER LAW
4       2651 Kermit Highway
        Odessa, Texas 79763
5       432.203.0303
        888.692.3331 (fax)
6       rachel@rachelambler.com

7   FOR THE DEFENDANTS L'ORÉAL USA S/D, INC.; GARNIER LLC;
    AND WALGREEN CO.:
8
        MR. ANDREW HUTTON
9       GORDON & REES
        816 Congress Avenue
10      Suite 1510
        Austin, Texas  78701
11      512.582.6478
        512.391.0183 (fax)
12      ahutton@grsm.com

13      That the amount of time used by each party at the

14  deposition is as follows:

15  MR. HUTTON - 01 HOUR:01 MINUTE
    MS. AMBLER - 00 HOURS:08 MINUTES

16

17      That $_____ is the deposition officer's

18  charges to the Defendants for preparing the original

19  deposition transcript and any copies of exhibits;

20      I further certify that pursuant to FRCP Rule

21  30(e)(1), that the signature of the deponent:

22          xxx was requested by the deponent or a party

23  before the completion of the deposition, and that

24  signature is to be before any notary public and returned

25  within 30 days from date of receipt of the transcript;

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700

CHRISTELL JOHNSON

Page 69

1          ____ was not requested by the deponent or a

2    party before the completion of the deposition.

3          If returned, the attached Changes and Signature

4    page contains any changes and the reasons therefor;

5          That $_____ is the deposition officer's

6    charges to the Plaintiff for preparing the original

7    deposition transcript and any copies of exhibits;

8          I further certify that I am neither counsel for,

9    related to, nor employed by any of the parties or

10   attorneys in the action in which this proceeding was

11   taken, and further that I am not financially or

12   otherwise interested in the outcome of the action.

13         Certified to by me this 6th day of

14   March, 2020.

15

16

17                           _____

                             Jordana Hodges, Texas CSR # 8887
18                           Expiration Date:  07/31/2021
                             Firm Registration No. 155
19                           Permian Court Reporters
                             605 W. Texas Avenue
20                           Midland, Texas  79701
                             432.683.3032

21

22

23

24

25

PERMIAN COURT REPORTERS, INC.
(432) 683-3032*(432) 683-5324 (FAX)

0b0002fb-7b48-4240-8dfa-99f1422d3700


EXHIBIT
2
Johnson

# GARNIER® NUTRISSE®
### NOURISHING COLOR CREME®
**ULTRA COLOR BLACKS, BURGUNDIES, AND REDS**

Antes de usar este producto, debes leer toda la sección de "Instrucciones de uso y advertencias de seguridad", y seguir las instrucciones de aplicación cuidadosamente.

Gracias por escoger GARNIER NUTRISSE Nourishing Color Creme, el único tinte permanente que incluye aparte una ampolla de aceite de semilla de uva para que empieces a nutrir tu cabello mientras lo tiñes. Nuestro acondicionador nutritivo, con aceites de aguacate, oliva y karité, mantiene tu color de larga duración más sedoso y más brillante que nunca. Cubre las canas al 100%.

¿Tienes alguna pregunta? Habla con un consultor de Nutrisse sin cargos desde cualquier parte de los Estados Unidos continentales: 1-800-442-7643. O visita www.garnierUSA.com para ver videos sencillos sobre cómo hacer la aplicación.

## INSTRUCCIONES DE USO Y ADVERTENCIAS DE SEGURIDAD
### (LÉELAS ANTES DE TEÑIRTE EL CABELLO):

**PRUEBA DE ALERGIA CUTÁNEA:** DEBES HACERLA 48 HORAS ANTES DE USAR ESTE PRODUCTO, INCLUSO SI YA HAS USADO ESTE U OTRO PRODUCTO PARA TEÑIR EL CABELLO.

**PRUEBA DE ALERGIA CUTÁNEA**

**IMPORTANTE: ESTE PRODUCTO PUEDE CAUSAR UNA REACCIÓN ALÉRGICA QUE, EN CIERTOS CASOS RAROS, PUEDE SER GRAVE. PARA DISMINUIR EL RIESGO DE UNA REACCIÓN ALÉRGICA, DEBES SEGUIR ESTAS PRECAUCIONES.**

NO LO USES SI:
• Ya has tenido una reacción a un producto para teñir el cabello.
• Tienes el cuero cabelludo sensible, lastimado o con picazón.
• Si tienes un tatuaje, los riesgos de una reacción alérgica pueden aumentar.

CADA VEZ QUE VAYAS A USAR ESTE PRODUCTO, HAZTE UNA PRUEBA DE ALERGIA CUTÁNEA 48 HORAS ANTES, YA SEA QUE LAS ALERGIAS PUEDEN DESARROLLARSE DE REPENTE, INCLUSO SI YA HAS USADO UN PRODUCTO PARA TEÑIR EL CABELLO, DE ESTA U OTRA MARCA.

INSTRUCCIONES PARA LA PRUEBA DE ALERGIA CUTÁNEA
• Lava con agua y jabón un área del tamaño de una moneda de 25 centavos en el pliegue del codo. Seca el área sin frotarla.
• Perfora el tubo de la crema colorante Nourishing Color Creme (B) con el extremo puntiagudo de la tapa. No exprimas el hagas presión en el tubo ni el la crema colorante haya perforado completamente la abertura del tubo.

• Con un utensilio de plástico, mezcla en un envase de plástico o vidrio un poco de la crema colorante Nourishing Color Creme (B) con unas cuantas gotas de la crema reveladora Nourishing Creme Developer (A) (la proporción debe ser 1 parte de la crema colorante por 1½ partes de la crema reveladora). Cierra bien las tapas de la crema colorante y la crema reveladora. No uses utensilios de metal.
• Aplica la mezcla en el área de prueba con un hisopo o una bolita de algodón.
• Deja que se seque al aire de prueba. No la laves, cubras ni toques por 48 horas.
• Examina el área de prueba periódicamente durante esas 48 horas. Si notas alguna reacción, como enrojecimiento, ardor, picazón/hinchazón, absceso en la piel, ampollas o irritación en o alrededor del área de prueba, NO TE TIÑAS EL CABELLO. CONSULTA CON UN MÉDICO.

**ADVERTENCIAS IMPORTANTES**
• EN CASO DE TENER UNA REACCIÓN MIENTRAS TE TIÑES EL CABELLO, como picazón, erupción o ardor en el cuero cabelludo, enjuágate inmediatamente y descontinúa el uso de este producto. SI TIENES DIFICULTAD AL RESPIRAR, EL PECHO APRETADO, O/O ERUPCIONES O HINCHAZÓN EN CUALQUIER PARTE DEL CUERPO, DESCONTINÚA EL USO Y OBTÉN AYUDA MÉDICA INMEDIATAMENTE. ANTES DE VOLVER A TEÑIRTE EL CABELLO, CONSÚLTALO CON UN MÉDICO.
• EN CASOS RAROS, EL USO DE COLORANTES PARA EL CABELLO SE HA ASOCIADO CON LA DESPIGMENTACIÓN DE LA PIEL (BLANQUEO O PÉRDIDA DE COLOR DE LA PIEL). ESTO PUEDE SER TEMPORAL O PERMANENTE. SI NOTAS CUALQUIER DESPIGMENTACIÓN O REACCIÓN ALÉRGICA, COMO DOLOR O PICAZÓN GRAVE, DESCONTINÚA EL USO DE ESTE PRODUCTO INMEDIATAMENTE.
• Evita el contacto de este producto con la piel y los ojos. Este producto puede irritar las pestañas ni las cejas. Podría causar ceguera.
• Si el producto te cae en los ojos, enjuágatelos con agua inmediatamente. Si tienes lentes de contacto puestos, quítatelos antes de enjuagarte los ojos. Llama a un

médico si la irritación persiste.
• Usa los guantes incluidos en la caja.
• Enjuágate bien el cabello después de la aplicación.
• Para cualquier pregunta relacionada con tu condición particular o alergias específicas, consulta a un médico.
• No lo uses en vellos faciales o corporales ni para otro propósito que no sea teñirte el cabello, ya que podría causar irritación o daño.
• No lo uses en cabello aclarado.
• Espera por lo menos 14 días después de hacerte una permanente o una decoloración antes de teñirte.
• No lo uses sobre coloraciones de henna o de coloración progresiva.
• No lo inhales ni ingieras. Prepáralo y úsalo en un lugar bien ventilado. Si lo ingieres, llama inmediatamente a un centro de control de envenenamiento o a un centro de control de envenenamiento.
• Mantén el producto fuera del alcance de los niños. No se lo apliques a niños.
SIGUE LAS INSTRUCCIONES DE APLICACIÓN.

PRUEBA DE COLOR EN UN MECHÓN
ANTES DE QUE TE TIÑAS, HAZTE UNA PRUEBA DE COLOR EN UN MECHÓN PARA VER LOS RESULTADOS DEL COLOR EN TU CABELLO.
• Recorta un mechón de cabello de ¼" de ancho, y ponle cinta adhesiva en uno de los extremos. Ponlo los guantes.
• Con un utensilio de plástico, mezcla en un envase de plástico o vidrio 1 cucharadita de la crema colorante Nourishing Color Creme (B) con 1½ cucharaditas de la crema reveladora Nourishing Creme Developer (A). Cierra bien las tapas de ambos recipientes.
• Coloca el mechón de cabello en la mezcla de color.
• Déjalo en la mezcla durante 30 minutos.
• Enjuágalo y sécalo para ver los resultados del color en tu cabello.

3932475

## CONSEJOS ÚTILES
• Aplícate un poco del acondicionador nutritivo en la línea de nacimiento del cabello, las orejas y en la parte posterior del cuello para evitar mancharte.
• Aplica el tinte en el cabello seco y desenredado.
• Para mantener el color vibrante, no te laves el cabello hasta el día después de teñirtelo.

### PASO 1:
**Fácil Preparación Y Mezcla Del Tinte**

### PASO 2:
**Comienza A Teñirte**

---

**① ALÍSTATE**
• Ponte los guantes nuevos, desprende la punta de la tapa aplicadora de la botella de la crema reveladora (A), y destapa la botella.

**② PREPARACIÓN**
• Exprime todo el contenido del tubo de la crema colorante Nourishing Color Creme (B) en la botella de la crema reveladora Nourishing Color Creme (A). No apuntes los extremos del tubo hacia tu rostro mientras lo abras o uses.
PRECAUCIÓN: No exprimas ni hagas presión en el tubo de la crema colorante hasta haber perforado completamente la abertura del tubo. No apuntes ninguno de los extremos del tubo hacia tu rostro mientras lo abras o uses. Ten cuidado al usar el contenido del tubo, ya que al hacer contacto con los ojos, podría causar ceguera. Nunca dejes cerrada la punta de la botella aplicadora después de mezclar los productos. El envase podría explotar.

**③ COMBINA LOS INGREDIENTES**
• Abre el concentrado de aceite de fruta (C) y viértelo todo el contenido en la botella de la crema reveladora Nourishing Creme (A).

**④ MEZCLA Y APLICA**
• Coloca nuevamente la tapa aplicadora en la botella de la crema reveladora Nourishing Creme Developer (A) y ciérrala bien. Con los guantes puestos, pon un dedo sobre la abertura de la punta y agita bien la botella para mezclar el contenido. Asegúrate de apuntar la punta al rostro y tu cuerpo.
• Aplica inmediatamente la mezcla de tinte en el cabello siguiendo las instrucciones de aplicación incluidas en el Paso 2.



NOURISHING CREME
DEVELOPER
(crema reveladora) | NOURISHING
COLOR CREME
(crema colorante) | CONCENTRADO
DE ACEITE
DE FRUTA | ACONDICIONADOR NUTRITIVO
CON ACEITES DE AGUACATE,
OLIVA Y KARITÉ

*Con guantes de ajuste fácil y sin PVC.

---

## APLICACIÓN EN TODO EL CABELLO

HAZLA SI:
• Nunca te has teñido el cabello.
• Quieres oscurecer tu color actual.
• No te has teñido en 3 meses o más.
*No se recomienda por cabello decolorado, con rayitos o mayormente canoso.

**① APLICA EL TINTE EN EL CABELLO SECO, DESENREDADO Y SIN LAVAR**
• Divídete en secciones de ¼ de pulgada con la punta aplicadora (A), y aplícate la mezcla de tinte en las raíces del cabello primero, antes de distribuirlo en el largo y las puntas.
• Si te aplicas alrededor el cabello, aplícate el tinte primero en las áreas más oscuras.
• Distribuye el tinte en todo el cabello cuidadosamente, de modo que lo satures bien.

**② TIEMPO DE APLICACIÓN**
• Cuando termines de aplicarte el tinte, comienza a tomar el tiempo.
• Déjate el tinte de 25 minutos.
• No guardes ningún sobrante de la mezcla, pues el envase podría explotar.

RECUERDA LO SIGUIENTE DURANTE LA APLICACIÓN:
• No lo masajees el cuero cabelludo en exceso.
• La mezcla puede cambiar de color (se puede poner más oscura), mlas intensa) una vez aplicada, pero esto NO representa los resultados del color.
• Usa suficiente mezcla para saturar tu cabello. Desecha cualquier sobrante de la mezcla.
• Si te cae un poco de mezcla en la piel, échate champú u una toalla húmeda, y úsala para retirar la mezcla de tu piel con delicadeza antes de continuar.

**③ ENJUÁGATE**
• Cuando se cumpla el tiempo, échate un poco de agua tibia en el cabello y haz espuma con la mezcla de tinte.
• Enjuágate bien el cabello hasta que el agua salga clara.

**④ ACONDICIONA**
• Aplícate el acondicionador nutritivo con aceites de aguacate, oliva y karité (D). Distribúyelo bien en todo el cabello.
• Déjalo actuar durante 2 minutos.
• Enjuágate el cabello completamente. Sécatelo con una toalla y péinate como de costumbre.
• Usa el acondicionador nutritivo con aceites de aguacate, oliva y karité (D) semanalmente para proteger tu cabello.

**APLICACIÓN EN TODO EL CABELLO**


APLICA

00:25  25 Min
TIEMPO
00:25


ENJUÁGATE Y ACONDICIONA

---

## APLICACIÓN DE RETOQUE

HAZLA SI:
• Quieres retocarte las raíces.
• Has usado un tono de las colecciones Ultra Color Black, Reds o Burgundies, o tonos intensos similares.
*No se recomienda para cabello decolorado, con rayitos o mayormente canoso.

**① APLICA EL TINTE EN EL CABELLO SECO, DESENREDADO Y SIN LAVAR**
• Divídete el cabello en secciones de ¼ de pulgada con la punta aplicadora (A), y aplícate la mezcla de tinte de manera uniforme en el nuevo crecimiento de raíces, sección por sección. Usa la suficiente cantidad de mezcla para saturar el área de las raíces.

**② TIEMPO DE APLICACIÓN**
• Cuando termines de aplicarte el tinte, comienza a tomar el tiempo.
• Déjate el tinte de las raíces 20 minutos.
• Cuando pasen los 20 minutos, distribuye el resto del tinte con cuidado en el largo del cabello y las puntas para revivir el color. Déjatelo 5 minutos más. Tiempo total de procesamiento de 25 minutos. Si tus puntas están muy claras, déjatelo hasta 10 minutos, para un tiempo total de procesamiento de 30 minutos. No guardes ningún sobrante de la mezcla, pues el envase podría explotar.

RECUERDA LO SIGUIENTE DURANTE LA APLICACIÓN:
• No lo masajees el cuero cabelludo en exceso.
• La mezcla puede cambiar de color (se puede poner más oscura, más intensa) una vez aplicada, pero esto NO representa los resultados del color.
• Usa suficiente mezcla para saturar tu cabello. Desecha cualquier sobrante de la mezcla.
• Si te cae un poco de mezcla en la piel, échate champú u una toalla húmeda, y úsala para retirar la mezcla de tu piel con delicadeza antes de continuar.

**③ ENJUÁGATE**
• Cuando se cumpla el tiempo, échate un poco de agua tibia en el cabello y haz espuma con la mezcla de tinte.
• Enjuágate bien el cabello hasta que el agua salga clara.

**④ ACONDICIONA**
• Aplícate el acondicionador nutritivo de aceites de aguacate, oliva y karité (D). Distribúyelo delicadamente en el cabello.
• Déjalo actuar durante 2 minutos.
• Enjuágate el cabello completamente. Sécatelo con una toalla y péinate como de costumbre.
• Usa el acondicionador nutritivo con aceites de aguacate, oliva y karité (D) semanalmente para proteger tu cabello.

**APLICACIÓN DE RETOQUE**


APLICA A LAS RAÍCES


00:20  20 Min


APLICA A LO LARGO DEL CABELLO Y SUS PUNTAS


00:05
TIEMPO TOTAL
00:25


ENJUÁGATE Y ACONDICIONA

GARNIER LLC, NEW YORK, NY 10017. PRINTED IN MEXICO, BLUNGS MADE IN CHINA.

3932475

# GARNIER® NUTRISSE®
## NOURISHING COLOR CREME

**ULTRA COLOR BLACKS, BURGUNDIES, AND REDS**
Before using this product, you must read all Usage Advisory-Safety Warnings and follow application instructions carefully.

Thank you for choosing GARNIER NUTRISSE Nourishing Color Creme. The only permanent haircolor with a separate ampoule of grape seed oil so you can start nourishing while you color. Our Nourishing Conditioner with Avocado, Olive & Shea Oils keeps your hair long-lasting color silkier and shinier than before.
Questions? Talk to your Nutrisse consultant toll free from anywhere in the continental US. 1-800-442-7643. Or visit www.garnierUSA.com to view our easy how-to application videos.

## USAGE ADVISORY-SAFETY WARNINGS
### (READ BEFORE COLORING)

**SKIN ALLERGY TEST: TO BE PERFORMED 48 HOURS BEFORE EACH USE OF THIS PRODUCT, EVEN IF YOU HAVE ALREADY USED THIS OR ANOTHER HAIRCOLOR PRODUCT.**

**SKIN ALLERGY TEST**
IMPORTANT: THIS PRODUCT CAN CAUSE AN ALLERGIC REACTION, WHICH, IN CERTAIN RARE CASES, CAN BE SEVERE. TO HELP MINIMIZE THE RISK OF AN ALLERGIC REACTION, YOU MUST FOLLOW THESE PRECAUTIONS.

**DO NOT USE IF:**
• You have already had a reaction to a haircolor product.
• You have a sensitive, itchy or damaged scalp.
If you have a tattoo, the risk of an allergic reaction may be increased.

**PERFORM A SKIN ALLERGY TEST 48 HOURS BEFORE EACH USE OF THIS PRODUCT, AS ALLERGIES CAN DEVELOP SUDDENLY, EVEN IF YOU HAVE PREVIOUSLY USED A HAIRCOLOR PRODUCT FROM THIS BRAND OR ANOTHER.**

**SKIN ALLERGY TEST INSTRUCTIONS:**
• Clean an area the size of a quarter in the bend of your elbow with soap and water. Pat dry.
• Pierce the Nourishing Color Creme tube (B) using the pointed tip of its cap. Do not squeeze or put pressure on color cream tube until you have pierced the tube opening completely.

• Using a plastic utensil, mix a dab of Nourishing Color Creme (B) with a few drops of the Nourishing Color Creme Developer (A) (the ratio should be 1 part Color Creme to 1½ parts Developer) in a plastic or glass container. Tightly recap the haircolor product and Developer. Do not use metal utensils.
• Apply mixture to the test area with a cotton swab or ball.
• Let test spot dry. Do not wash, cover or disturb for 48 hours.
• Examine test area periodically over the next 48 hours. If you experience any reactions – such as redness, burning, itching, swelling, skin abrasions, eruptions or irritation in or around the test area, DO NOT COLOR YOUR HAIR UNTIL YOU CONSULT A DOCTOR.

**IMPORTANT WARNINGS**
• IN CASE OF A REACTION WHILE COLORING HAIR, such as stinging, rash or burning sensation on scalp, rinse immediately and discontinue use. IF YOU EXPERIENCE DIFFICULTY BREATHING, TIGHTNESS OF CHEST AND/OR HIVES OR SWELLING AT ANY PLACE ON THE BODY, DISCONTINUE USE AND OBTAIN MEDICAL ASSISTANCE IMMEDIATELY. BEFORE COLORING AGAIN, CONSULT A DOCTOR.
• IN RARE CASES, THE USE OF HAIR COLORANTS HAS BEEN ASSOCIATED WITH SKIN DEPIGMENTATION (SKIN WHITENING OR LOSS OF COLOR). THIS MAY BE TEMPORARY OR PERMANENT. IF YOU NOTICE ANY SKIN DEPIGMENTATION OR ALLERGIC REACTION SUCH AS PAIN OR SEVERE ITCHING, DISCONTINUE USE IMMEDIATELY.
• Avoid contact with skin and eyes. Do not use to color eyelashes or eyebrows. To do so may cause blindness.
• If product gets into eyes, rinse immediately. If you are wearing contact lenses, remove them before rinsing eyes. Call a doctor if irritation persists.

• Wear gloves provided in kit.
• Thoroughly rinse hair after application.
• For any questions relating to your individual sensitivities or specific allergies, consult a doctor.
• Do not use on facial or body hair or for any purposes other than coloring your hair. Irritation or injury could occur.
• Do not use on relaxed hair.
• Wait at least 14 days after bleaching or perming before coloring.
• Do not use over compound henna or progressive color.
• Do not inhale or ingest. Prepare and use in a well-ventilated area. If swallowed, call a doctor, hospital emergency room, or poison control center immediately.
• Keep product out of reach of children. Do not apply on children.

**FOLLOW THE APPLICATION INSTRUCTIONS.**

**STRAND TEST**
BEFORE YOU COLOR DO A STRAND TEST TO PREVIEW YOUR COLOR RESULTS.
• Snip a strand of hair ¼" wide and tape at one end. Put gloves on.
• Using a plastic teaspoon, mix 1 teaspoon of Nourishing Color Creme (B) with 1½ teaspoons of the Nourishing Creme Developer (A) in a plastic or glass container. Recap both containers tightly.
• Place hair strand into color mixture.
• Leave in mixture for 25 minutes.
• Rinse and dry to preview your color results.

3932475

## HELPFUL HINTS
• Apply a small amount of the Nourishing Conditioner to hairline, ears, and back of neck to prevent possible staining.
• Apply to dry, detangled hair.
• To keep hair color vibrant, do not shampoo your hair until the day after coloring.

## STEP 1:
### Easy Preparation & Mix Color

❶ **GET READY**
• Put on the gloves and twist off the Applicator tip of the Nourishing Creme Developer bottle (A) and remove cap from bottle.

❷ **PREPARATION**
• Squeeze out the entire contents of the Nourishing Color Creme tube (B) into the Nourishing Creme Developer bottle (A).
**CAUTION: Do not squeeze or put pressure on Nourishing Color Creme tube (B) until you have pierced the tube opening completely. Do not point either end of the tube towards face while opening or using. Use care in working with tube contents. Contact between contents and eyes may cause blindness. Never leave the tip of the applicator bottle unopened after mixing. The container may burst.**

❸ **COMBINE INGREDIENTS**
• Snap open the Fruit Oil Concentrate (C) and pour entire contents into Developer bottle.

❹ **MIX & APPLY**
• Replace Applicator tip on Nourishing Creme Developer bottle (A) and close tightly. Place your gloved finger over open tip and shake well to mix contents. Be sure to shake away from your face and body.
• Immediately apply color mixture to hair by following the application instructions in Step 2.



NOURISHING CREME DEVELOPER · NOURISHING COLOR CREME · FRUIT OIL CONCENTRATE · NOURISHING CONDITIONER WITH AVOCADO, OLIVE & SHEA OILS
With easy-fit, PVC-free gloves.

## STEP 2:
### Start To Color

### FULL HEAD APPLICATION
IF YOU:
• Have never colored your hair.
• Want to change current haircolor to something darker.
• Have not colored in 3 months or longer.
**Not recommended for bleached, highlighted, or predominantly gray hair.**

❶ **APPLY ON DRY, DETANGLED, UNWASHED HAIR**
• Make ¼ inch parts throughout hair with the Applicator tip (A) and apply mixture to roots first before spreading through midlengths and ends until hair is saturated.
• When using haircolor to lighten, first apply where your hair is darkest.
• Work gently through hair to provide best saturation.

❷ **TIMING**
• After you are finished applying, begin timing.
• Leave color on for **25 minutes.** Do not save any unused mixture, the container may burst.

**PLEASE KEEP IN MIND WHILE APPLYING:**
• Do not over-massage your scalp.
• The mixture may change color (become darker, more vibrant) when on your head; it is NOT indicative of the color results.
• Use enough mixture to saturate your hair. Discard any unused mixture.
• If any mixture gets on your skin, dip a damp towel in shampoo and gently remove before continuing.

❸ **RINSE**
• When time is up, add a small amount of warm water to hair and work color mixture into a lather.
• Rinse hair thoroughly until water runs clear.

❹ **CONDITION**
• Apply Nourishing Conditioner with Avocado, Olive & Shea Oils (D) to hair.
• Leave in hair for 2 minutes.
• Rinse hair thoroughly. Towel dry hair and style as usual.
• Use Nourishing Conditioner with Avocado, Olive & Shea Oils (D) weekly to protect hair.

**FULL HEAD APPLICATION**




APPLY

00:25 · 25 Min.

TOTAL TIME 00:25

RINSE & CONDITION

### TOUCH-UP APPLICATION
IF YOU:
• Want to re-do roots.
• Have used Ultra Color Collections: Black, Reds, or Burgundies, or similar intense shades.
**Not recommended for bleached, highlighted, or predominantly gray hair.**

❶ **APPLY ON DRY, DETANGLED, UNWASHED HAIR**
• Make ¼ inch parts throughout hair with the Applicator tip (A) and spread color mixture evenly on new growth of roots, section by section. Use enough mixture to saturate the root area.

❷ **TIMING**
• After you are finished applying, begin timing.
• Leave color on **roots** for **20 minutes.**
• After 20 minutes, work remaining mixture gently through hair **length and ends** to refresh color. Leave color on for **additional 5 minutes.** Total development time: **25 minutes.** If your ends are significantly lighter, leave on for **up to 10 minutes** for a total development time of **30 minutes.** Do not save any unused mixture, the container may burst.

**PLEASE KEEP IN MIND WHILE APPLYING:**
• Do not over-massage your scalp.
• The mixture may change color (become darker, more vibrant) when on your head; it is NOT indicative of the color results.
• Use enough mixture to saturate your hair. Discard any unused mixture.
• If any mixture gets on your skin, dip a damp towel in shampoo and gently remove before continuing.

❸ **RINSE**
• When time is up, add a small amount of warm water to hair and work color mixture into a lather.
• Rinse hair thoroughly until water runs clear.

❹ **CONDITION**
• Apply Nourishing Conditioner with Avocado, Olive & Shea Oils (D) to hair.
• Leave in hair for 2 minutes.
• Rinse hair thoroughly. Towel dry hair and style as usual.
• Use Nourishing Conditioner with Avocado, Olive & Shea Oils (D) weekly to protect hair.

**TOUCH-UP APPLICATION**


APPLY TO ROOTS
00:20 · 20 Min.


APPLY TO LENGTHS & ENDS
00:05


TOTAL TIME 00:25

RINSE & CONDITION

GARNIER LLC, NEW YORK, NY 10017.   PRINTED IN MEXICO. GLOVES MADE IN CHINA.   3932475





L'Oreal-Johnson-0004