**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **PAMELA A. JOHNSON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO.  MO:19-CV-00155 DC** |
| | § | |
| **L'OREAL USA S/D, INC., ET AL.** | § | |
| *Defendants.* | § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO WALGREEN CO.**

ON THIS DAY the Court considered the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant, WALGREEN, CO. (Doc. 27) filed August 19, 2020. The Court finds the Motion should be GRANTED.

It is ORDERED, Defendant WALGREEN CO., is DISMISSED WITH PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FINALLY ORDERED that all pending motions pertaining to WALGREEN CO., if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

It is so **ORDERED**.

SIGNED this 20th day of August, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE