IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PAMELA A. JOHNSON, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | MO:19-CV-155-DC |
| | § | |
| L'OREAL USA S/D, INC., and | § | |
| GARNIER LLC, | § | |
| *Defendants* | § | |

## FINAL JUDGMENT

On this day, the Court considered the status of the above-captioned cause. The Court recently granted the Motion for Summary Judgment filed by L'Oreal USA S/D, Inc. and Garnier LLC. (Doc. 38). Plaintiff Pamela Johnson previously voluntarily dismissed her claims against Walgreen Co. (Doc. 27). The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED.**

SIGNED this 18th day of March, 2021.

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**